# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| ADAM ROBERT SANDLIN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:25-cv-2101-ACA-GMB |
| KEVIN WILLIAMS, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report recommending that the court dismiss this case without prejudice for Plaintiff Adam Robert Sandlin's failure to prosecute his claims. (Doc. 9). Although the magistrate judge advised Mr. Sandlin of his right to object and the consequences of failing to object (*id.* at 3), the court has not received any objections.

Mr. Sandlin's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. Accordingly, the court **ADOPTS** the report and **ACCEPTS** the recommendation. The court **WILL DISMISS** this case **WITHOUT PREJUDICE** for Mr. Sandlin's failure to prosecute his claims.  The court will enter a separate final order.

2

**DONE** and **ORDERED** this February 27, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE